IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS. CRIMINAL NO. 3:09cr70TSL-LRA

KATHRYN B. DENSON

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 of the Criminal Indictment against the defendant, KATHRYN B. DENSON, without prejudice.

        DONALD R. BURKHALTER
        United States Attorney

Date: December 16, 2009        s/ Carla J. Clark
        By:    CARLA J. CLARK
             Assistant United States Attorney
             Mississippi Bar No. 9490

Leave of Court is granted for the filing of the foregoing dismissal of Count 1.

ORDERED this 17th day of December, 2009.

        /s/Tom S. Lee
        UNITED STATES DISTRICT JUDGE